**SO ORDERED.**

**SIGNED this 11th day of June, 2026.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LILA NICOLE NEAL, | ) | Case Number 26-10127 |
| Debtor. | ) | Chapter 7 |
| | ) | |

<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

This matter comes before the Court on the Motion for Relief from Stay (the "Motion") filed by Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander") pursuant to 11 U.S.C. § 362 et seq., for relief from stay regarding personal property known and designated as one (1) 2025 Nissan Sentra, VIN No. 3N1AB8CV5SY255710  (the "Personal Property")]. The Court, having considered the Motion and the record in this case, finds and concludes as follows:

1.      Santander filed the Motion on <u>April 27, 2026</u>.

2.      The Clerk of the Bankruptcy Court mailed a notice to interested parties on <u>May 1, 2026</u> (the "Notice"), requiring that any objection to the Motion be filed by <u>May 13, 2026</u> and stating that if no objections were timely filed, the Court would consider the Motion without a hearing.

3.      No objection to the Motion was filed by any interested party, and the objection deadline as stated in the Notice has expired.

4.      Cause exists for modification of the automatic stay afforded by Section 362 of the Bankruptcy Code.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the

Motion is GRANTED and the stay modified to allow Santander to exercise its rights with respect to the Personal Property; and, it is further

ORDERED that upon disposition of the Personal Property, Santander must provide an explanation of any surplus to the Trustee, the Debtor's attorney, and the Debtor within 14 days and send payment of such surplus to the Trustee within 60 days, pending further order of the Court regarding its distribution; and, it is further

ORDERED that the 14-day waiting period imposed by Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is waived, and the automatic stay is immediately modified.]

END OF DOCUMENT

## PARTIES TO BE SERVED

**Matthew T. McKee**
The Law Offices of John T. Orcutt
2100 W. Cornwallis Dr.,
Suite O
Greensboro, NC 27408
336-542-5993
Email: mmckee@lojto.com

**Vicki Parrott**
Northen Blue, LLP
1414 Raleigh Road
Suite 435
Chapel Hill, NC 27517
919-968-4441
Email: vlp@nbfirm.com

Lila Nicole Neal
1816 Boulevard Street
Apt D
Greensboro, NC 27407